UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIE SHA,<br><br>    Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS et al.,<br><br>    Defendants. | Case No. 2:23-cv-10327-SB-DFM<br><br>ORDER TO SHOW CAUSE RE LACK OF PROSECUTION |

      Plaintiff Jie Sha filed this mandamus action on December 8, 2023.  Dkt. No. 1.  On January 2, 2024, the Court ordered Plaintiff to serve the summons and complaint on Defendants and file a proof of service no later than January 16, 2024.  Dkt. No. 11.  Plaintiff failed to timely file a proof of service.  Plaintiff is ordered to show cause at an in-person hearing on Friday, February 16, 2024, at 8:30 a.m. in Courtroom 6C why this action should not be dismissed for lack of prosecution.  No later than February 9, 2024, Plaintiff shall file either proofs of service on all Defendants or a status report addressing the status of service on Defendants.

Date: January 30, 2024

                                        Stanley Blumenfeld, Jr.
                                        United States District Judge